NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   1:21-cr-365-DLF

Bruce J. Harrison & Douglas K. Wangler
            (Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

/s/ Charles Haskell
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Charles Haskell 888304007
*(Attorney & Bar ID Number)*

Law Offices of Charles R. Haskell, Esq.
*(Firm Name)*

641 Indiana Ave. NW
*(Street Address)*

Washington, DC 20004
*(City)          (State)          (Zip)*

202-888-2728
*(Telephone Number)*