### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**Case No.: 21-CR-365-DLF**

**DOUGLAS K. WANGLER &**
**BRUCE J. HARRISON**

     **DEFENDANTS.**

_____/

### MOTION FOR ADMISSION OF ATTORNEY
### BAKU PATEL, *PRO HAC VICE*

     Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant's Douglas K. Wangler and Bruce J. Harrison move for the admission and appearance of attorney Baku Patel pro hac vice in the above-captioned action. This motion is supported by the declaration of Mr. Patel, filed herewith. As set forth in Mr. Patel's declaration, he is admitted and an active member in good standing in the following courts and bars: The Illinois State Bar and the United States District Court for the Central District of Illinois. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 24 day of June, 2021.

                                                          Respectfully submitted,

                                                          /s/ Charles R. Haskell
                                                          Charles R. Haskell
                                                          DC Bar No.: 888304007
                                                          641 Indiana Ave. NW
                                                          Washington, DC 20004
                                                          Charles@CharlesHaskell.com

                                                          *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:   June 24, 2021                                         /s/ Charles R. Haskell
                                                               Charles R. Haskell
                                                               *Counsel for Defendant*