UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-365-DLF |
| | ) | |
| | ) | |
| DOUGLAS K. WANGLER and | ) | |
| BRUCE J. HARRISON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## WAIVER OF POTENTIAL CONFLICT OF INTEREST

Douglas K. Wangler and Bruce J. Harrison acknowledge that they have been advised that a potential conflict of interests exists if Attorney Baku N. Patel of Patel Law, P.C. is to represent Mr. Wangler and Mr. Harrison, concurrently, in the prosecution of *United States of America v. Douglas K. Wanger and Bruce J. Harrison*, United States District Court for the District of Columbia Case No. 2021-cr-365 DLF.

Notwithstanding this disclosure, Mr. Wanger and Mr. Harrison desire for Attorney Patel to represent them concurrently.

Attorney Patel reasonably believes that he will be able to provide competent and diligent representation to both Mr. Wanger and Mr. Harrison; the representation is not prohibited by law; the representation does not involve the assertion of a claim or defense by Mr. Wangler or Mr. Harrison against the other; and Mr. Wangler and Mr. Harrison give informed consent to concurrent representation by Attorney Patel in the heretofore-referenced prosecution.

_____          _____
DOUGLAS K. WANGLER                                      BRUCE J. HARRISON