**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No.: 21-CR-365-DLF |
| **DOUGLAS K. WANGLER &** | |
| **BRUCE J. HARRISON** | |
| **DEFENDANTS.** | |
| _____/ | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned, Charles R. Haskell, hereby withdraws his appearance as co-counsel for Defendants Douglas K. Wangler & Bruce J. Harrison in the case of United States of America v. Douglas K. Wangler & Bruce J. Harrison, 21-CR-365-DLF. No substitution of counsel is necessary, as Baku Patel (admitted pro hac vice) will continue to represent both Mr. Wangler & Mr. Harrison in this matter.

Dated this 15th day of July, 2021.                     Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Charles@CharlesHaskell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>July 15th, 2021</u> I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:   July 15th, 2021                                          /s/ Charles R. Haskell
                                                                              Charles R. Haskell