UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CASE NO:   21-CR-365-001 |
| | ) |                       21-CR-365-002 |
| DOUGLAS K. WANGLER | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| And | ) | |
| | ) | |
| BRUCE J. HARRISON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

Now comes the Defendants, DOUGLAS WANGLER and BRUCE HARRISON, by their attorney, BAKU N. PATEL of PATEL LAW, P.C., and for their Supplemental Sentencing Memorandum states as follows:

Per the Court's Minute Order, the following are similar cases as those of Mr. Wangler and Mr. Harrison.  Counsel utilized the publicly available information from the U.S. Attorney's Office - District of Columbia Capital Breach Cases which are listed online.  Counsel identified those cases where the defendant pled guilty to the same charge of Parading, Demonstrating, or Picketing in a Capitol Building, 40 USC § 5104(e)(2)(G) and examined the Statement of Offense to locate cases of similar acts as those of Wangler and Harrison.

Jessica Bustle and Joshua Bustle (21-CR-238) each were sentenced to 24 months of probation and $500 restitution.  They entered the Capitol Building and remained inside for 20 minutes.  The time spent inside by the Bustle's are nearly identical to the length of time Wangler and Harrison were inside the building.  However, the Bustle's acts were far more

egregious compared to the Wangler and Harrison.  They carried signs and posted on Facebook "We don't win this thing sitting on the sidelines. Excited to stand for truth with my fellow patriots and freedom fighters in D.C. today." During and after the riot, she posted a message that read, in part, "Pence is a traitor. We stormed the capital [sic]. An unarmed peaceful woman down the hall from us was shot in the neck by cops. It's insane here." In another message, apparently written after the riot, she wrote "We need a Revolution! We can accept an honest and fair election but this is NOT fair and patriots don't want to see their country brought into communism and destroyed over a lie."  Neither Wangler nor Harrison posted any incendiary statements on social media at any time.  Thus, their actions are much less appalling compared to the Bustle's who received 24 months probation each.

Kevin Francisco Cordon (21-CR-277) was sentenced to 12 months probation, $500 restitution, $25 special assessment and a $4000 fine imposed.   However, when he was interviewed by a news reporter as to why he entered the Capitol he stated:  " We're here to take back our democratic republic. It's clear that this election is stolen, there's just so much overwhelming evidence and the establishment, the media, big tech are just completely ignoring all of it. And we're here to show them we're not having it. We're not- we're not just gonna take this laying down. We're standing up and we're taking our country back. This is just the beginning . . " Again, neither Wangler nor Harrison made any such public statement as Kevin Cordon did.  Nonetheless, he received only a 12 month probation sentence.  Wangler and Harrison behaved much more civilly and did not incite others by making any public statements.

Sean Carlo Cordon (21-CR-269) was sentenced to only 2 months probation, $4000 fine imposed and $500 restitution.  He entered the Crypt area, took a picture and left in a few minutes.  His acts are the closest to those of Wangler and Harrison who also entered in the Crypt area, took a picture and left in less than 20 minutes.  However, Sean Carlo Cordon entered the building through a broken window, whereas Wangler and Harrison entered via an open door.  Minor difference but Counsel asserts that entering via a broken window is a slightly more aggravating fact than entering through an open door.  Yet, Sean Cordon received a 2 month probation sentence.

Ann Morgan-Lloyd ((21-CR-164) was sentenced to 36 months probation and $500 restitution.  She entered the Capitol building where she remained for only a few minutes.  She did post on social media "I'm here. Best day ever.  We stormed the capital building me and Dona Bissey were in the first 50 people in."  Clearly, she was bragging about storming the building and admitted to being one of the first group to illegally enter the Capitol Building.  Her behavior is far more aggravating compared to the acts of Wangler and Harrison.  Her friend, Donna Bissey (21-CR-165) received 14-days of incarceration, 60 hours of community service and $500 restitution.  Even though her acts were identical to her friend, Ann Morgan-Lloyd, Ms. Bissey posted several incendiary comments on social media to include total lack of remorse by posting "We are home.  Thank you to ALL that messaged checking in and concerned.  It was a day I'll remember forever.  I'm proud that I was part of it!  No Shame.  BTW turn off the #FakeNews."

Valerie Ehrke (21-CR-97) received a sentence of 36 months probation and $500 fine.  She actually left the grounds and went to her hotel room where she saw the events unfold on the news.  She decided she wanted to be part of the crowd and walked to the U.S. Capitol where she entered through a set of double doors.  Wangler and Harrison did not contemplate their actions but rather were caught up in the moment.  Ms. Ehrke clearly had time to think about it and chose to go back to the area to enter the building after knowing what was occurring via news coverage.

These cases are factually similar.  Each of these defendants entered the Capitol Building and remained for only a very short time.  However, each defendant also committed distinguishing aggravating factors that do not apply to Wangler or Harrison, yet all received probation sentences ranging from 2 months to 36 months.  Considering the substantially more mitigating factors present here, Counsel recommends Wangler and Harrison receive less than 12 months of probation, 40 hours of community service and $500 restitution.  This sentence recommendation is aligned with similarly situated defendants as described above.

WHEREFORE, the Defendants, DOUGLAS WANGLER AND BRUCE HARRISON, respectfully requests the Court consider the above factors and sentence each to a term of probation without incarceration and pay $500 restitution.

                                                                                 s/Baku N. Patel
                                                                                 Baku N. Patel – Bar No.: 6244272
                                                                                 Attorney for Defendant
                                                                                 Patel Law, P.C.
                                                                                 Attorneys at Law
                                                                                 108 W. University Ave.
                                                                                 Urbana, IL 61801
                                                                                 Tel: (217) 384-1111
                                                                                 Fax: (217) 384-7058
                                                                                 Email: Baku@patellawteam.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) CASE NO.   21-CR-365-001 |
| | )               21-CR-365-002 |
| DOUGLAS K. WANGLER, | ) ) |
| Defendant, | ) ) |
| And | ) ) |
| BRUCE J. HARRISON, | ) ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
District of Columbia

Respectfully submitted,

s/Baku N. Patel
Baku N. Patel – Bar No.: 6244272
Attorney for Defendant
Patel Law, P.C.
Attorneys at Law
108 W. University Ave.
Urbana, IL 61801
Tel: (217) 384-1111
Fax: (217) 384-7058
Email: Baku@patellawteam.com